AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA
V.

Jose Luis Franceschy-Robles

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1389-BEN
08mj0955-wmc

I, Jose Luis Franceschy-Robles, the above named defendant, who is accused of

*Deported Alien Found in U.S. 8:1326*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **May 1, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd