# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER  08CR1389-BEN |
| vs ) | ABSTRACT OF ORDER |
| Jose Luis Franceschy-Robles ) | Booking No. 07977298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  June 18, 2008
the Court entered the following order:

\_\_\_\_ Defendant be released from custody.

\_\_\_\_ Defendant placed on supervised / unsupervised probation / supervised release.

\_\_\_\_ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

\_\_\_\_ Defendant released on $\_\_\_\_ bond posted.

\_\_\_\_ Defendant appeared in Court. FINGERPRINT & RELEASE.

\_\_\_\_ Defendant remanded and (\_\_\_\_ bond) (\_\_\_\_ bond on appeal) exonerated.

\_\_\_\_ Defendant sentenced to TIME SERVED, supervised release for \_\_\_\_ years.

\_\_\_\_ c.c. judgment Court of Appeals (\_\_\_\_ affirming) (\_\_\_\_ reversing) decision of this Court:
\_\_\_\_ dismissing appeal filed.

\_\_\_\_ Bench Warrant Recalled.

\_\_\_\_ Defendant forfeited collateral.

✓ Case Dismissed.

\_\_\_\_ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Dft. indicted in new case- 08CR1903-BEN

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
     Deputy Clerk

Received \_\_\_\_
DUSM

Crim-9   (Rev 6-95)

G. PERRAULT

★ U.S. GPO: 1996-783-398/40151