**FILED**
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _mroru_ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOSE LUIS FRANCESCHY-ROBLES,<br><br>                    Defendant. | CASE NO. 08CR1389-BEN<br><br>JUDGMENT OF DISMISSAL |

**FILED**
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _rrit_ DEPUTY

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

____   of the offense(s) of:

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 18, 2008

_____
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

I have executed within _Judgment of dismissal_
Judgement and Commitment on _6/29/08_

United States Marshal

By:_____
USMS Criminal Section

ENTERED ON _____